STATE OF CONNECTICUT *v.* PELLEGRINO MILLO

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Edward G. Burstein,* in support of the petition.

*Arnold Markle,* chief prosecuting attorney, in opposition.

Submitted January 10—decided February 15, 1967

STATE OF CONNECTICUT *v.* JAMES VOCCOLA

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Edward G. Burstein,* in support of the petition.

*Arnold Markle,* chief prosecuting attorney, in opposition.

Submitted January 10—decided February 15, 1967

STATE OF CONNECTICUT *v.* HAROLD O. CHURCH

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Julius Watstein* and *Herbert Watstein,* in support of the petition.

*Francis M. McDonald, Jr.,* deputy chief prosecuting attorney, in opposition.

Submitted January 17—decided February 15, 1967